## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

VS.

Brian H. Page,

       Defendant,

_____/

Case Number: 10-13023

Honorable: Patrick J. Duggan

Claim Number: 1998A14604

**CHARLES J. HOLZMAN (P35625)**
Attorney for Plaintiff
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

### ORDER FOR WAGE ASSIGNMENT

At a session of said Court, held in the City of Detroit, Wayne County Michigan on August 11, 2010.

    Present: HONORABLE PATRICK J. DUGGAN
             U.S. District Court Judge

In accordance with the Stipulation of the parties: It is hereby ordered that Insight Teleservices, Inc. deduct the sum of $16.25 per pay from the wages of said defendant, Brian H. Page, social security number: ***-**-5249 and transmit such sum to:

       **U.S. Department of Justice**
       **NCIF**
       **P.O. Box 70932**
       **Charlotte, NC  28272-0932**

    **Please include account number 1998A14604**

This wage assignment is to remain in effect until the balance of **$2,794.76 plus accruing interest** is satisfied.  The office of Holzman Corkery, PLLC., Attorney for United States of America will notify Insight Teleservices, Inc. when the remaining balance is less than $100.00 so that no overpayment is created.

   A copy of this order is to be served upon Insight Teleservices, Inc. Payroll Department.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge
Dated: August 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2010, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager